AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Subject Premises located at 25437 116th Avenue SE,<br>Kent, WA 98030. | )<br>)<br>)  Case No.  MJ26-071<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

Subject Premises located at 25437 116th Avenue SE, Kent, WA 98030.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, for list of items to be seized, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before    February 10, 2026    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any U.S. Magistrate Judge in this District    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    January 28, 2026 at 9:45 a.m.        *S. Kate Vaughan*
                                                                                                  *Judge's Signature*

City and state:    Seattle, Washington         S. Kate Vaughan, United States Magistrate Judge
                                                                         *Printed name and title*

USAO# 2026R00021

# Return

| Case No.: 2026R00021 | Date and time warrant executed: 1/26/2026  0600 | Copy of warrant and inventory left with: left at residence |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

see attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/28/2026

*Kate Vaughan* (signature)

*Taylor Burd* (signature)
Executing officer's signature

SA Taylor Burd
Printed name and title

USAO# 2026R00021

| |
|---|
| Seven bags of white crystallized substance in paper bag |
| Stack of cash |
| Honeywell blue zip pouch with cash inside |
| Small bags of white substance in small black case |
| Box addressed to Mordien Thach containing AR-15 magazines with date 11/02/2022 |
| Box addressed to Mordien Thach containing AR-15 magazines with date 08/03/2021 |
| Sig sauer S/N: G224489 |
| Magazine with ammunition of Sig sauer |
| Taurus .38 S/N: EZ65101 |
| Ruger S/N: 337-60183 |
| Magazine with ammunition of Ruger |
| Beretta S/N: 9346487-65490 |
| Magazine with ammunition of Beretta |
| Loose ammunition (15) |
| AR style gun S/N: 065315 |
| Black pistol S/N: BYBM200 |
| Magazine with ammunition of Beretta* (refers to black pistol with S/N BYBM200; misidentified as a Beretta but actual make is a Glock) |
| Magazine with unknown amount of ammo |
| Black AR style gun |
| Bags of mushrooms |
| Bag with white substance |
| Bag with white substance |
| Loose ammunition (5) |
| 9mm round |
| Cash USD 267 |
| iPad box with drug paraphernalia |
| Ziploc bags |
| White substance in bag |
| Cash USD 10 with unknown residue |
| Bag with residue |
| 2 .40 cal pistol mags, 2 9mm mags, 2 .223 mags |
| Spoons with powder residue |
| Bag containing pills |
| Scale w/ residue |
| Packaging |
| Bag with white powder |
| Ammo: Winchester box .45mm (39), 22 calliber (304), Winchester box .22 caliber (175), 38 SPL (15), 12 gauge shells (9), 12 gauge shells (25), 357 (7), 357 magnum hollow point (9), 9mm (109) S&W (50) |
| Packaging |
| JPS mini |
| Plastic bags |
| Bag containing white powder |
| Bag containing white powder |
| Money in wallet USD 200 |